Raymond H. DICKHANER,
Petitioner/Appellant,

v.

Lisa A. DICKHANER,
Defendant/Respondent.

No. ED 76000.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 11, 2000.

Steven P. Kuenzel, Washington, for appellant.

A. David Arand, Union, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., MARY K. HOFF, J. and JAMES A. PUDLOWSKI, S.J.

### ORDER

PER CURIAM.

Husband, Raymond H. Dickhaner, appeals from the decree of dissolution of his marriage to wife, Lisa A. Dickhaner, challenging the trial court's award of maintenance to wife.

We have reviewed the record on appeal and find the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).